UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
     Plaintiff, :
:
v. : CASE NO. 8:08-cr-180-T-17EAJ
:
DENNIS WILLIAMS, :
:
     Defendant. :
_____ :

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the motion by the

United States for a Final Judgment of Forfeiture for the following weapons and

ammunition:

    a.    a FIE .38 caliber revolver, serial number ST08681;

    b.    a Smith and Wesson .357 caliber revolver,
          serial number 11655; and

    c.    Four rounds of ammunition for the FIE .38 caliber revolver
          and four rounds of ammunition for the Smith and Wesson
          .357 caliber revolver.

    1.    On February 9, 2009, the Court granted the United States' motion

and entered the Preliminary Order of Forfeiture, forfeiting to the United States of

America all right, title, and interest of defendant Dennis Williams in the weapons

and ammunition identified above. (Doc. 159).

    2.    In accordance with the provisions of 21 U.S.C. § 853(n), the United

States published notice of the forfeiture, and of its intent to dispose of the

weapons and ammunition, on the official government website,

www.forfeiture.gov, from February 12, 2009 to March 13, 2009. (Doc. 161). The

publication gave notice to all third parties with a legal interest in the weapons and

ammunition to file with the Office of the Clerk, United States District Court, Middle

District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North

Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest

within sixty (60) days of the first date of publication.

3.     No persons or entities, other than the defendant, Dennis Williams,

whose interest was forfeited to the United States in the Preliminary Order of

Forfeiture, are known to have an interest in the weapons and ammunition. No

third party has filed a petition or claimed an interest in the weapons and

ammunition, and the time for filing such petition has expired.

4.     The Court finds that the weapons and ammunition are the property

of defendant Dennis Williams.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is

GRANTED. It is FURTHER ORDERED that all right, title and interest in the

following weapons and ammunition are CONDEMNED and FORFEITED to the

United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1),

28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim.

P., for disposition according to law:

2

a. a FIE .38 caliber revolver, serial number ST08681;

b. a Smith and Wesson .357 caliber revolver,
serial number 11655; and

c. Four rounds of ammunition for the FIE .38 caliber revolver
and four rounds of ammunition for the Smith and Wesson
.357 caliber revolver.

Clear title to the weapons and ammunition is now vested in the United

States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this _____16th_____ day

of _____April_____, 2009.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3